Thomas N. Petersen, OSB # 974645
Black, Chapman, Webber & Stevens
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon  97501
Telephone:    (541) 772-9850
Facsimile:    (541) 779-7430
litigation@blackchapman.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JANE DOE, by and through her Guardian ad Litem Christina H., JANE DOE 2, by and through her Guardian ad Litem Elaine H., and JANE DOE 3, by and through her Guardian ad Litem, Jackie F.,<br><br>Plaintiffs,<br><br>v.<br><br>MEDFORD SCHOOL DISTRICT 549C, PHIL LONG, SALLIE JOHNSON, and CHRIS GILMAN,<br><br>Defendants. | Case No. 1:10-cv-03113-CL<br><br>MOTION FOR ORDER DIRECTING COMPLIANCE WITH SUBPOENA DUCE TECUM AND ORDER FOR SANCTIONS [FRCP 37 and 45(c)(2)(B)(I), FRCP 11] |

TO THE MEDFORD POLICE DEPARTMENT AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE plaintiffs will and hereby do move the court for and order

MOTION FOR ORDER DIRECTING
COMPLIANCE WITH SUBPOENA
DUCE TECUM                              -1-

directing compliance with the Deposition Subpoena for Production of Business Records ("subpoena") served by plaintiffs on the Medford Police Department ("Medford PD") on October 25, 2010, requiring Medford PD to produce the documents and record of Medford PD's Case No. 10-2052, and for monetary sanctions in the amount of $2,100.00 for 7 hours of attorney time and travel for the costs of bringing this motion.

This motion is and will be made on the grounds that the records sought are directly relevant to the plaintiffs' case, essential to a fair resolution of the lawsuit, and the defendant's objections to the subpoena are not valid in federal court. Moreover, the information sought in the subpoena cannot be obtained by less intrusive means.

This motion is and will be based on this Motion, the Memorandum in Support of Motion, and the Affidavit of Thomas N. Petersen served herewith, all the pleadings, records, and papers on file in this action, and such further oral and documentary evidence as may be presented at the hearing of this motion.

DATED this 5th day of November, 2010.

BLACK, CHAPMAN, WEBBER & STEVENS

S/Thomas N. Petersen
Thomas N. Petersen, OSB # 974645
Black, Chapman, Webber & Stevens,
221 Stewart Ave., # 209
Medford, OR 97501
litigation@blackchapman.com
Phone: (541) 772-9850
Attorney for Plaintiffs