IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JANE DOE, by and through her guardian Christina H., et al., | Civ. No. 10-3113-CL |
| Plaintiffs, | |
| v. | |
| MEDFORD SCHOOL DISTRICT 549C, et al., | ORDER |
| Defendants. | |

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

I have given the legal issues *de novo* review. I agree with Magistrate Judge Clarke that plaintiffs' motion to strike should

1  -  ORDER

be denied.  I also agree that defendants' motions to dismiss should be granted in part and denied in part, as explained in the Report and Recommendation's thorough discussion.  Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#60) is adopted.  Plaintiffs' motion to strike (#49) is denied.  Defendants' motion to dismiss (#42) is granted in part and denied in part as explained by the Report and Recommendation.

IT IS SO ORDERED.

DATED this  18  day of March, 2011.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE